

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-19-00103-CV

**IN THE INTEREST OF A-N.L.C., A CHILD**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01805
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The reporter's record was due March 4, 2019, but was not filed. On the due date, court reporter Mary M. Wilson filed a notification of late record asking for a thirty-day extension of time. In her notice, Ms. Wilson states her "other duties or activities preclude working on the record[.]" She anticipates the length of the record to be approximately 300 pages.

We begin by reminding the reporter that by statute, this appeal is accelerated **and is to take precedence over other matters**. *See* TEX. FAM. CODE ANN. § 109.002(a-1). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Moreover, and most importantly, extensions granted by this court "must not exceed 30 days cumulatively, absent extraordinary circumstances." *Id.* R. 28.4(b)(2).

We therefore **GRANT IN PART AND DENY IN PART** the reporter's requested extension of time to file the record. We **ORDER** court reporter Mary M. Wilson to file the reporter's record in this court **on or before March 15, 2019**. With regard to termination appeals, in addition to the responsibility imposed on the trial court under Rule 35.3(c) — trial court is jointly responsible for ensuring the appellate record is timely filed — **the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record.** *Id.* 28.4(b)(1). **The trial court must arrange for a substitute reporter if necessary to ensure the reporter's record is timely filed.** *Id.*

We further **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court